UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES MICHAEL HAND,** *et alia,*

        *Plaintiffs,*

v.                                **Case No. 4:17cv128-MW/CAS**

**RICK SCOTT, in his official capacity
as Governor of Florida and member of
the State of Florida's Executive
Clemency Board,** *et alia,*

        *Defendants.*

## <u>MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF</u>

COMES NOW John B. Thompson (hereinafter Thompson), who moves this honorable court for leave to file an *amicus curiae* brief herein, prior to February 18, 2018, stating:

1. Thompson practiced law in the State of Florida for thirty-two years, having previous served as *amicus curiae* in the federal court case of Skyywalker Records v. Sheriff Nick Navarro, 739 F. Supp. 578 (1990).

2. Ten years ago, Thompson was permanently disbarred from the practice of law by the State of Florida for appearing on CBS' *60 Minutes.* The merits of that disbarment are irrelevant to this matter now before this Court, except to note that the undersigned knows what it is like to be stripped of certain rights and privileges with absolutely no legal remedy for that loss.  He is thus empathetically as one with plaintiffs herein.

3. Because of that empathy, the undersigned has striven to turn the lemons of his disbarment into lemonade.  For the past three years, Thompson has taught Civics in the Florida prison system. Why?  Because felons are citizens who recidivism is lessened

1

when they understand and act upon not only their rights but their duties as citizens. As President Obama said in another context: It is helpful to convince folks that they have skin in the game. Restoring the right to vote gives a felon skin in the game.

4. Attached hereto as Exhibit A is an article pertaining to the undersigned's Civics class at Moore Haven Correctional Facility. As a teacher Thompson has heard incarcerated felons' illuminating views on re-enfranchisement.

5. Also attached hereto, as Exhibit B, is just one letter the undersigned wrote to Governor Scott and the Clemency Board which they chose to ignore. This Court's welcome ruling as to felon re-enfranchisement cannot be similarly ignored.

6. Also attached hereto, as Exhibit C, is Thompson's recent letter to the editor published by the *New York Times* in response to its editorial about Florida's shameful permanent disenfranchisement of felons. All of these attachments hereto are submitted not for any vain glorious reason but rather in an attempt to persuade this Court that the undersigned knows something about this issue and that the Court, it is humbly suggested, may benefit from the undersigned's and his pupils' perspectives on this issue.

7. Additionally, Thompson, as a graduate of a respected Christian seminary *after* his disbarment should like to share with this Court some of the historical and Judeo Christian Biblical underpinnings supportive of the notion of felon re-enfranchisement. Any nation or state or government official that does not provide for restoration of civil rights has lost its right to assert as true its Bible-based faith, since forgiveness, mercy, grace, and rehabilitation are core Biblical principles.

8. Given the understandable shortness of time between this Court's recent ruling and the February 18 deadline, Thompson has not had the time to draft and thus tender

with this motion his *amicus curiae* brief, but he will be able to timely do so if *amicus* status is graciously granted by this honorable court.

I HEREBY CERTIFY that copies hereof have been provided this day, February 3, 2018, to all record counsel herein by electronic means.

John B. Thompson, Former FB #231665
5721 Riviera Drive
Coral Gables, Florida 33146
amendmentone@comcast.net
Phones: land 305-666-4366, cell 305-588-3005

3



# Teaching Inmates Constitutional Law
# at Moore Haven

Written By **R.D. Oppelt, Moore Haven Correctional Facility**

Last spring, former Attorney Jack Thompson was introduced to Moore Haven administration by Faith Based Services Manager Richard Glau and began teaching a civics class to the inmates at Moore Haven Correctional Facility.

Mr. Thompson practiced law for thirty-two years, of which the last twenty years, he battled with the American entertainment industry. In that battle, he secured the first decency fines ever levied by the Federal Communications Commission. Mr. Thompson secured the first verdict in the history of the world that a sound recording, Miami's, 2 Live Crew's "As Nasty as They Wanna Be," was obscene. Mr. Thompson, along with actor Charlton Heston, persuaded Time Warner to pull rapper Ice-T's "Cop Killer" from all store shelves, worldwide.

In 1999, Mr. Thompson was the face of the nation's efforts against the marketing and sale of adult-rated video games to children. Mr. Thompson has appeared on CBS' 60 Minutes twice, NBC's Today Show eight times, roughly two hundred other national and international television programs, and even on Oprah. He has been a paid debater of First Amendment issues on roughly three hundred college campuses, and last month the BBC in England aired a docudrama about his life and his efforts against the Grand Theft Auto video games.

Listening to Jack Thompson describe his stories of teaching this program at other Florida DOC facilities, inspired the administration to incorporate the class into the current faith based curriculum, as well as open enrollment for other inmates to attend. Before the classes even began, the enthusiasm throughout the facility grew and the fifty allotted seats for the class were filled up within days.

Mr. Thompson explained to the inmates attending this program that there would be opportunities for open debate; however, over time the debates would come from an educated thought. The course involved the history of the constitution, bill of rights, amendments to the constitution, as well as current events regarding legal issues and politics.

Even though many of the inmates attending these classes listened to the music and played the video games Mr. Thompson fought against, they respected Mr. Thompson and the work he has done. To them, the knowledge they received during this training was invaluable. Many inmates had ideas and knowledge of what they thought was fact about the constitution or its amendments, but they now have a better understanding of the law, after taking this class.

In November, Moore Haven hosted the graduation for the first civics class. Over fifty inmates graduated from the program. Mr. Thompson spoke to the group and it was easy to recognize the impact this class and Mr. Thompson had on them.

Moore Haven plans to continue the program in the Spring, with another class of fifty. This program is also being evaluated as a core curriculum class in the Veterans' program, which has recently been added to Moore Haven Correctional Facility.



Exhibit A

John B. Thompson, J.D., M.A.
5721 Riviera Drive
Coral Gables, Florida 33146
305-666-4366
amendmentone@comcast.net

April 18, 2016

Governor Rick Scott
Attorney General Pam Bondi
Agriculture and Consumer Services Commissioner Adam Putnam
Chief Financial Officer Jeff Atwater
Clemency Board Members
Office of Executive Clemency
4040 Esplanade Way
Tallahassee, Florida Via Fax (850) 488-0695, email ClemencyWeb@fcor.state.fl.us

Re:  Full Restoration of Civil Rights to Released Inmates

Greetings:

I am a conservative Republican and have been since I was nine years old, holding a "Nixon for President" sign on my elementary school playground on the first Tuesday of November, 1960. Now at the age of 64, I am a former attorney who teaches the *We the People* Civics course to Florida prison inmates. This course and its tremendous text were created by the U.S. Congress and U.S. Supreme Court. The Missouri Bar's *We the People* "Civics to Inmates" program recently received the American Bar Association's "Award of Achievement." See http://www.mobar.org/Media-Center/News-Blog/Young-Lawyers%E2%80%99-Section-receives-national-award-for-Civics-to-Inmates-program/

In teaching this same course I have found that Florida is one of only eleven states that do not automatically restore civil rights to felons who have fully paid their debt to society. You can see a state-by-state breakdown of what the fifty states do in this regard at http://felonvoting.procon.org/view.resource.php?resourceID=000286#nevada

The current Executive Clemency Board has put Florida in this group of eleven. Similarly, you all can by a mere stroke of the pen place Florida among what would then be forty states which restore civil rights to inmates upon their release. This does not require a state constitutional amendment or a change in a statute. You have the full authority to undo what you unilaterally did in 2011 to frustrate the felon re-enfranchisement efforts begun by then Governor Jeb Bush!

# EXHIBIT B

A Republican should not have to point out to fellow Republicans that it was a Republican President and Congress that enfranchised former slaves. Every Republican should also know that a far higher percentage of Republicans than Democrats voted for the 1964 Civil Rights Act. That same Republican desire for racial equality resulted in the 1965 Voting Rights Act that addresses racial inequality in voting. I am sure you know that felony disenfranchisement states such as Florida disproportionately deny the vote to people of color and Hispanics, thereby frustrating the very intent of both the 1964 and 1965 Acts.

Fellow Republicans tell me all the time: "We don't want freed felons to vote because they will vote for Democrats." Folks, that is precisely WHY we should be the party to end this unconstitutional disenfranchisement in Florida--in order to grow the Republican Party just as Lincoln did. By the way, my first-hand experience in teaching Civics to inmates convinces me that this partisan "conventional wisdom" is false.

I teach Civics to inmates because I believe to be true what Thomas Jefferson wrote:

"No government can continue good but under the control of the people; and … their minds are to be informed by education what is right and what wrong; to be encouraged in habits of virtue and to be deterred from those of vice … These are the inculcations necessary to render the people a sure basis for the structure and order of government."

To restore to inmates who have done their time their full rights of citizenship, most importantly the fundamental right to vote, is to persuade them that they do have a stake in the health of the Republic which they have reentered. The restored right to vote is an incentive to obey the law, not break it, lest they lose that right again! Do we want reentering felons to feel a part of society or not? Isolate them and they will feel isolated.

Therefore, I respectfully and formally request that you place me on the Clemency Board Meeting Agenda of June 24, 2016, so that I might exercise my First Amendment "right to petition the government for a redress of grievances," with the grievance I shall address being Florida's permanent disenfranchisement of felons who are my fellow citizens.

The Apostle Paul demanded of his captors his rights as a citizen of Rome. He who has ears, let him hear on June 24.

Respectfully, Jack Thompson

2

**Published on January 14, 2018 by the *New York Times* at**

https://mobile.nytimes.com/2018/01/14/opinion/voting-rights-felons.html?rref=collection%2Fsectioncollection%2Fopinion-letters&action=click&contentCollection=letters&region=stream&module=stream_unit&version=latest&contentPlacement=2&pgtype=sectionfront&referer=https://www.nytimes.com/section/opinion/letters

**To the Editor:**

I am a conservative Republican who teaches civics to imprisoned Florida felons. Restoration of voting rights to felons who have "paid their debt to society" is the civil rights issue of our time.

Gov. Rick Scott of Florida has repeatedly made it clear that he fears freed felons will vote overwhelmingly for Democrats. But my students' political beliefs blanket the entire political spectrum. In fact, most would have voted for Donald Trump. Go figure.

Our efforts against recidivism rest in part on convincing those who have done their time that they have a stake as citizens in society. That is why I teach them their constitutional rights and their duties. Can anyone think of a better way to convince them otherwise than by making permanent their civil ostracism? Treat someone as an outsider and he or she will remain one.

JACK THOMPSON
CORAL GABLES, FLA.

# EXHIBIT C

MIAMI FL 331
03 FEB 2018 PM 6 L



CHECKED

Clerk of Court
U.S. Courthouse
111 N. Adams St., Ste. 322
Tallahassee, FL 32301-7730

32301-773097