# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**JAMES MICHAEL HAND, et al.,**

    *Plaintiffs,*

v.                                                    Case No. 4:17cv128-MW/CAS

**RICK SCOTT, in his official capacity as Governor of Florida and member of the State of Florida's Executive Clemency Board, et al.,**

    *Defendants.*

_____/

## ORDER DENYING
## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

John B. Thompson, a private citizen, moves this Court for leave to file an *amicus curiae* brief in this case. ECF No. 145. "Unlike the Supreme Court Rules and the Federal Rules of Appellate Procedure, the Federal Rules of Civil Procedure do not specifically provide for the filing of amicus curiae briefs at the district court level."[1] *In re Bayshore Ford Truck Sales, Inc.*, 471

---

[1] Similarly, this Court's local rules do not specifically provide for the filing of amicus briefs. *See* N.D. Fla. Loc. R. However, the rules do acknowledge (in passing reference) that amici may have some involvement. *See* N.D. Fla. Loc. R. 5.8(B)(2)(c) (providing that "[a]micus curiae or other parties permitted to intervene or otherwise participate" must satisfy certain requirements when filing records and transcripts).

F.3d 1233, 1249 n.34 (11th Cir. 2006). "Nevertheless, district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *Id.* "It is within the discretion of the court to determine whether an *amicus* may appear and the extent and manner of participation by the *amicus*." *A.R. v. Dudek*, No. 13-61576-CIV-ROSENBAUM/HUNT, 2014 WL 12519764, at *4 (S.D. Fla. Apr. 7, 2014).

This Court has read Mr. Thompson's motion and appreciates Mr. Thompson's desire to provide assistance. However, this Court has already ruled on the merits of this case, and the only issue that remains is to determine the appropriate remedy. *See* ECF No. 144. Both parties (which are adequately represented) will be filing briefs on that issue no later than February 12, 2018. *See id.* at 43. At that point, this Court will be taking the case under advisement.

Accordingly,

**IT IS ORDERED:**

John B. Thompson's motion for leave to file an *amicus curiae* brief, ECF No. 145, is **DENIED**.

**SO ORDERED on February 9, 2018.**

                                                  s/Mark E. Walker  
                                                  **United States District Judge**